UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT P. THOMAS,

        Plaintiff,

v.                                       Civil Case No. 15-10210
                                       Honorable Linda V. Parker
                                       Magistrate Elizabeth A. Stafford

LORI A. BRIGGS, and
MELISSA BORDEN
*d/b/a* THE DEVOTED BARN,

        Defendants.
_____/

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

On January 20, 2015, Plaintiff initiated this lawsuit, *pro se*, against Defendants. (ECF No. 1.) On September 13, 2018—over three and a half years later, Plaintiff filed the instant Motion to Strike Defendants' Affirmative Defenses. (ECF No. 57.) Plaintiff moves the Court to strike pursuant to Federal Rule of Civil Procedure 12(f); however, 12(f) requires that a motion to strike be made "within 21 days after being served with the pleading." Plaintiff's motion has far exceeded this deadline and, therefore, is denied as untimely.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike Defendants' Affirmative Defenses is **DENIED**.

           s/ Linda V. Parker
           LINDA V. PARKER
           U.S. DISTRICT JUDGE

Dated: October 3, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 3, 2018, by electronic and/or U.S. First Class mail.

           s/ R. Loury
           Case Manager